```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 36422
  ROSIE L THORNTON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-4432

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/09/2005 and was confirmed 12/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

     The case was paid in full 12/10/2007.
-------------------------------------------------------------------------------
  CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID
-------------------------------------------------------------------------------
  HOMECOMINGS FINANCIAL    MORTGAGE ARRE     10501.70           .00       10501.70
  HOMECOMINGS FINANCIAL    CURRENT MORTG          .00           .00             .00
  COOK COUNTY TREASURER    SECURED NOT I  NOT FILED             .00             .00
  CITY OF COUNTRY CLUB HIL SECURED               .00            .00             .00
  LORRAINE GREENBERG & ASS DEBTOR ATTY      1,840.00                       1,840.00
  TOM VAUGHN               TRUSTEE                                           653.30
  DEBTOR REFUND            REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------------
  TRUSTEE           12,995.00

  PRIORITY                                        .00
  SECURED                                   10,501.70
  UNSECURED                                       .00
  ADMINISTRATIVE                             1,840.00
  TRUSTEE COMPENSATION                         653.30
  DEBTOR REFUND                                   .00
                    ---------------        ---------------
  TOTALS            12,995.00               12,995.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 36422 ROSIE L THORNTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |